18371. ATLANTA BAND MILL, INC. *v.* CHOCTAW LUMBER COMPANY.

HAWKINS, Justice. Upon careful examination of the record and mature consideration of the question presented, we have reached the conclusion that the certiorari was improvidently granted, and it is accordingly dismissed.

*Writ of certiorari dismissed. All the Justices concur, except Duckworth, C. J., not participating.*

ARGUED OCTOBER 14, 1953—DECIDED NOVEMBER 9, 1953.

*Adair & Goldthwaite,* for plaintiff in error.

*T. M. Smith, Jr., Troutman, Sams, Schroder & Lockerman,* contra.